Order issued November 5 , 2012                                        004719



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00892-CV

## AMERICAN HERITAGE CAPITAL, LP, Appellant

## V.

## ALAN GONZALES, ET AL., Appellees

## ORDER

We **GRANT** the appellees' October 30, 2012 unopposed motion for an extension of time. Alan Gonzales, appellee, shall file his brief on or before December 10, 2012. Dinah Gonzales, appellee/cross-appellant, shall file her response to appellant's motion to dismiss the cross-appeal on or before November 12, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE